PRO, PER

Name: Joseph Puckett
Street Address: 117 Fresno
City and County: Fresno, C
State and Zip Code: California 93706
Telephone Number: 559-389-3437

**FILED**

JUN 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Joseph Puckett, Rita Vaughn, Awette Taylor, Queenie Bell Hawkins, Wendell Moton

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Mayor Jerry Dyer, Chief of Police Paco Balderrama, MAJIC Judge Kapitan

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:22CV00750 DAD-HBK

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes  ☐ No
*(check one)*

1 A                 PLAINTIFF'S                Exhibit #1A

All are Individual
Wendell Moton    115 Fresno    Fresno, Ca. 93706
Joseph Puckett   117 Fresno    Fresno Ca. 93706
Rita Vaughn      117 Fresno    Fresno, Ca. 93706
Antoinette Taylor  1232 S. Crystal Ave   Co. 93706
Queenie Bell Turk                    Fresno, Ca.

Exhibit B            DEFENDANT(S):

Mayor Dyer    Mayor of Fresno
2600 Fresno St Rm. 2075 Fresno, Ca. 93721
559-621-8000

Fresno City Counsel, Fresno County Counsel

MAGEC (METRO TACTICAL Team
S. Calvert Badge #1624 ADDRESS Mariposa
mall P.O. Box 1271 Fresno California 93715-1271
559-621-2534
P. Little Badge #9595, G. Gardner 1614
Sgt. James Rosett B. 5192  600.7019   61
Christaphen Tekemoto - Magic-Tac 621-8400
Jacob Adney - Magec Tac 621-3491
Matthen Besayeu - Magic Team - JM 621-7833
the address is 1624 Mariposa Mall 1271
Fresno, Ca. 93715-1271

Defendant No. 3

Name: Names of Officer that went to Antoanette Taylor
Job or Title (if known):
Street Address: 4781 N. Polk Apt 115
City and County: Fresno
State and Zip Code: California 93706
Telephone Number:

Defendant No. 4

Name: All of Above officer that were use in this event. Magic
Job or Title (if known):
Street Address: Manges Mall P.O. Box 1271
City and County: Fresno
State and Zip Code: California, 93775-1271
Telephone Number: 559 621-3534

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*In the Constitution 4 Amen violation occur No search warrant "Illegal search and Seizure" Harassment*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

 1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, (name) *See Complaint* is a citizen of the State of (name) *California* See Exhibit 1A

   b. If the plaintiff is a corporation
   The plaintiff, (name) *My Name* is incorporated under the laws of the State of (name) *California* Exhibit 1A and has its principal place of business in the State of (name) *California*.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

 2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, (name) *See Complaint*, is a citizen of the State of (name) *California*. Or is a citizen of (foreign nation) *California*. Exhibit A

4

A search warrant, the name of the plaintiff Anette Taylor address 4781 N. Polk apartment #115 Fresno, Ca. 93722 on or about May 25, 2017, F.P.D. attempted to, illegality try to knock on Plaintiff door, the door was never opened, at the same time Joseph Puckett answer his door, Mr. Puckett is a 68 yr. old man, see police report, also Mr. Puckett went pro per, Mr. Puckett went thru numerous attorney that work for the Dist. Attorney office, he pay out of his pocket, Mr. Puckett was release on his O.R. until he went in front of a judge that he had serve a silver bullet, Mr. Puckett had been in trouble with the law for over 10 to 15 yrs. Mr. Puckett was five minutes late, The Judge name is Kapitan, he reponded that he had called Mr. Puckett name and to go and place his name back on calender, in which he did but was arrest the same day, bail was set at million, he bail out, at the time of the arrest officer kept their voice mail off and cut them on when Mr. Puckett said some thing they could use, Mr. Puckett remain outside for hours and hours until he was cold why they were dress in gear each officer drill Mr. Puckett, Ms. Rita Vaughn, were in the bed sleep with no clothes on, Mr. Puckett kept calling Ms. Vaughn to bring him some clothes to keep warm, but she sleep harm, so Mr. Puckett was calling Ms. Vaughn for clothes until he got more colder until he said that he was cold and as he attempted to go inside, the police followed him inside, they went into all the rooms, camera was on, until they encounter Ms. Vaughn with no clothes on, that when they tried to cover their action, the constitutional violation were voilated before all this happen, they illegally follow Mr. Puckett inside, before they check all his cars out, as of now plaintiffs constitution and all Plaintiff's right were voilated 8 amendment were voilated when they enter nesident went no search warrant, Ms. Vaughn has clothes more

off, Ms. Vaughn is still tramidze, from being look upon, now that F.P.D. is acting that they have no knowledge of Rita Vaughn, or Attonitte Taylor, no any of the other people name in the complaint so I'm going to leave it up to the Judge to force them for all electically and the report on file, Silles for Queenie Bell Turkl, Attonitee Taylor, Wendell Motom.

At the time of Mr. Puckett arrest, the officer were cutting of there devises, my attorney has the recording (

BALAKIAN LAW Offices
1060 Fulton street Suite 810
Fresno, California 93721
Tel. (559) 495-1558
Fax (559) 495-1004

Plaintiff constitional right were violated by the Magec team, Plaintiff was constenly question by different officer, my lawyer play the recorder over to me, Plaintiff was detained for more than 4 or five hours, this cause Plaintiff a great deal of presurre to his body and it get cold, Plaintiff has been ill every since it happen, also the Police Department has no report of the other Plaintiff. Defendant's are now saying that they have no Report for the other ~~plaintiff~~ plaintiff.

Dated 6-21-22
signature Joseph Puckett

b. If the defendant is a corporation

The defendant, *(name)* "see Complaint cover sheet", is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* California, and has its principal place of business in *(name)* Government Police Dept.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* The courts will provide the names of each Defendant's magic

3. The Amount in Controversy class action

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: to be settle by defendant's there set amount

This is a class action law suit that very mentality and lots of Phyological issue, also health also

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about May 25, 2017 Defendants cut Plaintiff lock off his gate without a Search Warrant then proceeded to bang on Plaintiff door, at the same time the Defendants were at another address without

5

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff and the other Plaintiffs are being constantly harrass on a daily basis, Officers will pull up for and voilate Plaintiff's constitutional rights, by them not making police reports to support Plaintiff relief, then (the MAGIC TEAM).

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/21/, 2022

Signature of Plaintiff   Joseph Pickett
Printed Name of Plaintiff   Joseph Pickett

see exhibit IV (1)

has the nerve to enter Plaintiff house, when my lock on gate was cut, they had already violate Plaintiff contitutional right. Officer's just think and make up false report in order to cover their unreasonable searches and seizure, I was never asked about who was in my house, the officer's kept Plaintiff outside for so long until I got very cold, until Plaintiff said he was going inside, that when Plaintiff was rush by officer, upon entering Plaintiff bedroom Rita Vaughn was sleep with no clothes on, 8 amendment was voilate upon Ms. Vaughn, this should be record on video, during that time Antoinette Taylor was being target, but she did not open up her door, the officer that in charge of operation had his officer target other Plaintiff to harress or to just, After Plaintiff about things were not his Bussiness they had no reason to look at all Plaintiff vic or car they began to really voilate Plaintiff they check all vin number then one car stolen I had the pink slip they said it was after I replaced the motor a new motor they took the car I hired to lawyer, first I paid, he tried to give a deam, the police report are hiding something simply because, thier outlook on people of colors, they all their on someone saw with police then son Rita motel

(2)

with no clothes, they have no report of that the police report should have it on file on the department Fresno is very corrupt the chief of Police, when raided my house, then went to Anette Taylor at the same time they told her that it was not no report of the incident, that time when they had me outside, study question me, from one officer to the next, I got very cold, they had me outside for hours, didn't no search warrant, Rita was inside I kept calling her to bring me something out warn, but she was sleep, look at their recorder the kept it on and off, then I said I'm getting cold how long, officer said if I go they is to, I said no your, you have search warrant, when I did go to jail I was O.K. But when I went to court in front of a Judge that I disqulied he knew, so when I arrived inside his courtroom is exact words were I already called your place yourself on calender, I go home, around 8:00, a police not on my door said I had a bence warrant, that why I'm putting in civil right the Judge name Kapten, what so non professional that you can not make a report, that mean evidence.

Now if that not corrupt, then what ten be done, I bail out for a million but I didn't my friend gave me the money.

Fresno mayor was the chief of police but that means he still runs the police department, at my time on May 20, 17 Dryer was the chief of Police now he's the mayor as soon as he mayor I think money came up missing, and they cannot find it, I means not thousand, I mean million, now this goes to show that officer under Dryer did things that not professional, wouldn't you think that when the officer pull you over, or come into contact with civil, or people in general wouldn't they log it, they told Rita she was not in the report simply because they know they didn't have no search warrant to come inside Mr. Pickett home.

I've been to prison nine times for crimes that should been dismissed I'm from Lan born like provided in a shot joint, or a pantation yes I'm now 68 yrs old I've been robbed of all youth.

Dated 6-21-22        Signature Joseph Pickett

# EXHIBIT 1

City of
**FRESNO**

Mariposa Mall
P.O. Box 1271
Fresno, CA 93715-1271

Police Department

Paco Balderrama
Chief of Police

Regarding: __JOSEPH PUCKETT__
Case: __17034098__

Date: 05/10/22

To: JOSEPH ENERST PUCKETT

Your request cannot be completed because:

__ Furnish the police report case number.
✓ Furnish full names(s) or business the original case was written for.
__ Furnish dates of birth for all involved person(s) and their home address(es).
__ Furnish correct location of accident or incident (street names or addresses)
__ Unless a party is injured _and_ transported by ambulance, we no longer write accident reports.
__ Your check/money order no._____ is being returned.
__ Location of accident or incident is in Fresno County. Please contact the California Highway Patrol for a vehicle accident report or the Fresno Sheriff's Office for a crime or incident report.
__ We are unable to complete your request(s) as the report is either an ongoing investigation or its release is prohibited by law.
X The report is not releasable to the requester.
__ We need a _Release of Information Authorization Letter_ signed by your client before we can process this information.
__ A signed letter and copy of your current ID is required in order to process your request. (current driver's license, passport, military or Matricula card - all with a clear photograph)
__ The report has been purged and is no longer available.
__ Not releasable without a subpoena and/or court order.
__ Involves a juvenile, therefore requires a juvenile court order.

The City of Fresno Master Fee Schedule mandates the below listed charges:
_____ $15 Repossession Redemption Fee
_____ $25 Premise History Searches & Summaries - Offline data per location
_____ $30 Summary of Criminal History Information

Other: We are unable to release this report to requestor due to requestor being the arrested subject of the case.

If you need further information, please contact the Records Bureau at 559-621-2534. Thank you.

Processed by: Maggie Harper / T350

_Safety, Service & Trust_

Sgt. James Rossett Badge 5192
600-7019
Christopher Takemoto - Magec-Tac
621-6100
Jacob Adney - Magec-Tac
621-3494
Matthew Besoyan - Magec-Inv
621-7058

PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and not a party to the within cause of action. That on this date I did cause a true and correct copy of: *Complaint for Civic Case*

to be served on the parties to the action by:

☐ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows:

☐ delivering same in person to the address as follows and placing into the control of the below listed party or representative:

*Office of The Clerk*
*Suite 1501*
*Fresno, Ca. 93721-2201*

☐ by faxing said document to the following telephone number:

Executed this 22 day of June, 2022 under penalty of perjury in Fresno, California.

_____
Declarant