UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PUCKETT, | Case No. 1:22-cv-00750-ADA-HBK (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF LIMITED EXTENSION OF TIME TO SERVE DEFENDANTS |
| v. | |
| CHIEF OF POLICE, ET. AL., | FEBRUARY 15, 2023 DEADLINE |
| Defendants. | (Doc. No. 16) |

This matter comes before the Court upon periodic review of the file. On November 18, 2022, the Court issued an order to show cause directing Plaintiff to show cause why this action should not be dismissed for failure to serve defendants under Federal Rule of Civil Procedure 4(m). (Doc. No. 10). After the Court granted Plaintiff an enlargement of time to respond, Plaintiff filed a response to the show cause order on December 16, 2022. (Doc. No. 16). Plaintiff's response states that he has tried to serve defendants himself, but they refuse to accept service from him. (*Id.* at 1).

Plaintiff is responsible for complying with the rules governing service of process set forth under Federal Rule of Civil Procedure 4. Specifically, Rule 4 governs specifics of service of process. Notably, and applicable here, is that Rule 4 expressly provides service may be completed by any person over the age of 18, ***who is not a party*** to the case. Fed. R. Civ. P. 4(c)(2) (emphasis added). Further, the Rules explain how to serve an individual who is located

within a judicial district of the United State:

> Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:
>
> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
>
> (2) doing any of the following:
>
> (A) delivering a copy of the summons and of the complaint to the individual personally;
>
> (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
>
> (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e). In most cases, if a defendant does not waive personal service of process by completing the requisite waiver forms, either the Sheriff, or a process server, attempts personal service on Defendants. Plaintiff is responsible for ensuring timely service of process on Defendants under Rule 4(m) and otherwise must comply with the rules. The Court will permit a short enlargement of time for Plaintiff to effect service of process on Defendants.

Accordingly, it is **ORDERED**:

1. No further action will be taken on the Court's November 18, 2022 Order to Show Cause at this time.

2. The Court *sua sponte* enlarges the time for Plaintiff to effect service of process on Defendants until February 15, 2023.

3. Failure to timely comply with this order will result in the dismissal of Defendants under Rule 4(m).

Dated:    January 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2