UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PUCKETT, | Case No.  1:22-cv-750-ADA-HBK |
| Plaintiff, | ORDER TO SERVE PROCESS |
| v. | APRIL 21, 2023, DEADLINE |
| JERRY DYER, ET. AL., | |
| Defendants. | |

On January 12, 2023, the Court sua sponte granted *pro se* Plaintiff a second extension of time, until February 15, 2023, to comply with Federal Rule of Civil Procedure 4(m) and effectuate service on Defendants.  (Doc. No. 14 at 2).  The Court further advised Plaintiff that under Federal Rule of Civil Procedure 4(c)(2) service cannot be completed by a party.  (*Id*. at 1).  (Doc. No. 12).  On March 16, 2023 and March 20, 203, Plaintiff filed affidavits stating, in part, that "personally" delivered the complaint and claiming Defendants have been properly served.  As pointed out in the Court's Orders dated November 18, 2022 and January 12, 2023, despite Plaintiff's pro se status, he must comply with the rules that govern proceedings in this Court.  (*See* Doc. Nos. 10, 12).  The Court will afford Plaintiff one final opportunity to properly effectuate service on Defendants before the Court recommends dismissal of this action under Federal Rule of Civil Procedure 4(m).

////

Accordingly, it is **ORDERED**:

1. The Court *sua sponte* affords Plaintiff one final extension of time to effect service of process on Defendants. Plaintiff must file proof of service of summons for each Defendant no later than April 21, 2023.

2. Failure to timely comply with this Order will result in the dismissal of Defendants under Federal Rule of Civil procedure 4(m) and dismissal of this action without prejudice.

Dated:     March 30, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE