# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JOSEPH PUCKETT,**

                                **JUDGMENT IN A CIVIL CASE**

                                CASE NO: **1:22–CV–00750–KES–HBK**

      v.

**JERRY DYER, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/25/2024**

                                **Keith Holland**
                                Clerk of Court

ENTERED: **November 25, 2024**

                        by: /s/ T. Lundstrom
                              Deputy Clerk